UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MONTRICE BOLDEN,<br>　　　　　Plaintiff,<br><br>　　　v.<br><br>STEVEN DELUCA, individually,<br>IRA BUSH, individually,<br>WILLIAM GOOZDICH, individually,<br>JACOB SACK, individually,<br>NICK STADLER, individually,<br>JERRY STEVENS, individually,<br>　　　　　Defendants | : <br>: <br>: <br>: <br>: <br>: <br>: <br>: <br>: <br>: <br>: <br>: | Civil Action No. 1:17-CV-228-MRH |

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS**

On this day, Plaintiff Montrice Bolden ("Plaintiff") and Defendants Steven Deluca, Ira Bush, William Goozdich, Jacob Sack, Nick Stadler, Jerry Stevens, Joseph E. Sinnott, Donald Dacus, and the City of Erie (together, the "Defendants"), through their undersigned counsel, hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that all claims in the above captioned action as to the Defendants are dismissed with prejudice, with all attorneys' fees, costs of court and expenses to be borne by each party incurring the same. A proposed order is attached.

RESPECTFULLY SUBMITTED:

Mincey Fitzpatrick Ross, LLC.
Kevin V. Mincey, Esquire
Thomas O. Fitzpatrick, Esquire
Attorneys for Plaintiff

Quinn Law Firm
John B. Fessler, Esquire
Attorney for Nick Stadler

Office of the City Solicitor
Catherine M. Doyle, Esquire

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MONTRICE BOLDEN,<br>　　　　Plaintiff, | : | |
| v. | : | Civil Action No. 1:17-CV-228-MRH |
| STEVEN DELUCA, individually,<br>IRA BUSH, individually,<br>WILLIAM GOOZDICH, individually,<br>JACOB SACK, individually,<br>NICK STADLER, individually,<br>JERRY STEVENS, individually,<br>　　　　Defendants | : | |

### STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS

On this day, Plaintiff Montrice Bolden ("Plaintiff") and Defendants Steven Deluca, Ira Bush, William Goozdich, Jacob Sack, Nick Stadler, Jerry Stevens, Joseph E. Sinnott, Donald Dacus, and the City of Erie (together, the "Defendants"), through their undersigned counsel, hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that all claims in the above captioned action as to the Defendants are dismissed with prejudice, with all attorneys' fees, costs of court and expenses to be borne by each party incurring the same. A proposed order is attached.

RESPECTFULLY SUBMITTED:

Mincey Fitzpatrick Ross, LLC.
Kevin V. Mincey, Esquire
Thomas O. Fitzpatrick, Esquire
Attorneys for Plaintiff

Quinn Law Firm
John B. Fessler, Esquire
Attorney for Nick Stadler

Office of the City Solicitor
Catherine M. Doyle, Esquire

1

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MONTRICE BOLDEN, | : | |
|     Plaintiff, | : | |
| | : | |
|     v. | : | Civil Action No. 1:17-CV-228-MRH |
| | : | |
| STEVEN DELUCA, individually, | : | |
| IRA BUSH, individually, | : | |
| WILLIAM GOOZDICH, individually, | : | |
| JACOB SACK, individually, | : | |
| NICK STADLER, individually, | : | |
| JERRY STEVENS, individually, | : | |
|     Defendants | : | |

**ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiff Montrice Bolden ("Plaintiff") and Defendants Steven Deluca, Ira Bush, William Goozdich, Jacob Sack, Nick Stadler, Jerry Stevens, Joseph E. Sinnott, Donald Dacus, and the City of Erie (together, the "Defendants"), have stipulated and agreed, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that all claims in the above captioned action are dismissed with prejudice, with all attorneys' fees, costs of court and expenses to be borne by each party incurring the same.

Accordingly, it is hereby ORDERED that all claims in the above captioned action as to the Defendants are dismissed with prejudice, with all attorneys' fees, costs of court and expenses to be borne by each party incurring the same.

DONE AND ORDERED, at _____, this _____ day of _____, 2019.


_____
United States District Court Judge

2