UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MONTRICE BOLDEN,<br>        Plaintiff, | : <br> : <br> : |
| v. | :    Civil Action No. 1:17-CV-228-MRH |
| STEVEN DELUCA, individually,<br>IRA BUSH, individually,<br>WILLIAM GOOZDICH, individually,<br>JACOB SACK, individually,<br>NICK STADLER, individually,<br>JERRY STEVENS, individually,<br>        Defendants | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Montrice Bolden ("Plaintiff") and Defendants Steven Deluca, Ira Bush, William Goozdich, Jacob Sack, Nick Stadler, Jerry Stevens, Joseph E. Sinnott, Donald Dacus, and the City of Erie (together, the "Defendants"), have stipulated and agreed, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that all claims in the above captioned action are dismissed with prejudice, with all attorneys' fees, costs of court and expenses to be borne by each party incurring the same.

Accordingly, it is hereby ORDERED that all claims in the above captioned action as to the Defendants are dismissed with prejudice, with all attorneys' fees, costs of court and expenses to be borne by each party incurring the same.

DONE AND ORDERED, this _29th_ day of _January_, 2019.

_Susan Paradise Baxter_
United States District Court Judge